IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ALLIED NEVADA GOLD CORP., et al., | ) | Bk. No. 15-10503 (MFW) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| BRIAN TUTTLE, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civ. No. 15-949-SLR |
| | ) | |
| ALLIED NEVADA GOLD CORP., et al., | ) | |
| | ) | |
| Appellees. | ) | |

# ORDER

At Wilmington this ____ day of November, 2015, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **January 4, 2016.**

2. Appellees' brief in opposition to the appeal is due on or before **February 4, 2016.**

3. Appellant's reply brief is due on or before **February 19, 2016.**

**NOTE: Please refer to D. Del. LR 7.1.3(4) for page limitations.**

_____
United States District Judge